**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1955**

_____

DELILA UWASOMBA,

    Plaintiff - Appellant,

  v.

BANK OF AMERICA; MERRILL LYNCH PIERCE FENNER AND SMITH INC.,

    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:22-cv-00284-DJN)

_____

Submitted:  March 16, 2023       Decided:  March 20, 2023

_____

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Delila Uwasomba, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Delila Uwasomba appeals the district court's order dismissing without prejudice after 28 U.S.C. § 1915 review Uwasomba's amended complaint alleging Virginia claims for fraudulent inducement and equitable estoppel.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *See Uwasomba v. Bank of Am.*, No. 3:22-cv-00284-DJN (E.D. Va. Aug. 22, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*